1  David Hilton Wise, Esq. (Nevada State Bar No. 11014)
   **WISE LAW FIRM, PLC**
2  335 W 1st Street
   Reno, Nevada 89503
3  Telephone: (775) 299-4284
   Email: dwise@wiselaw.pro
4
   Scott Edward Cole, Esq. (CA S.B. #160744)*
5  Laura Van Note, Esq. (CA S.B. #310160)*
   **COLE & VAN NOTE**
6  555 12th Street, Suite 2100
   Oakland, California 94607
7  Telephone: (510) 891-9800
   Email:   sec@colevannote.com
8  Email:   lvn@colevannote.com

9  *Attorneys for Representative Plaintiff
   and the Plaintiff Class*
10
   *Pro Hac Vice Forthcoming*
11

12              **UNITED STATES DISTRICT COURT**

13                    **DISTRICT OF NEVADA**

14  DEANDRIC PRICE, individually, and on       Case No. 2:25-cv-01836-JAD-NJK
    behalf of all others similarly situated,
15                                             **CLASS ACTION**
                 Plaintiff,
16  v.
                                               **NOTICE OF SUBSTITUTION OF**
17  BOYD GAMING CORPORATION,                   **COUNSEL**

18               Defendant.

19

20      **NOTICE IS HEREBY GIVEN** that, Scott Edward Cole of Cole & Van Note hereby

21  withdraws himself as an attorney for the Representative Plaintiff and the Plaintiff Class.

22      **NOTICE IS HEREBY GIVEN** that, Laura Van Note of Cole & Van Note hereby

23  substitutes herself as an attorney for the Representative Plaintiff and the Plaintiff Class.

24

25  Dated: October 15, 2025        By: /s/ *David Hilton Wise*
                                   David Hilton Wise, Esq. (NV S.B. No. 11014)
26                                 **WISE LAW FIRM, PLC**
                                   335 W 1st Street
27                                 Reno, Nevada 89503
                                   Telephone:    (775) 299-4284
28
                                     -1-
                          NOTICE OF SUBSTITUTION OF COUNSEL
                                Case No.: 2:25-cv-01836-JAD-NJK

| | |
|---|---|
| 1 | Email:   dwise@wiselaw.pro |
| 2 | Scott Edward Cole, Esq. (CA S.B. #160744)* |
|   | Laura Van Note, Esq. (CA S.B. #310160)* |
| 3 | **COLE & VAN NOTE** |
|   | 555 12th Street, Suite 2100 |
| 4 | Oakland, California 94607 |
|   | Telephone:   (510) 891-9800 |
| 5 | Email:   sec@colevannote.com |
|   | Email:   lvn@colevannote.com |

*Attorneys for Representative Plaintiff and the Plaintiff Class*

*Pro hac vice forthcoming



-2-
NOTICE OF SUBSTITUTION OF COUNSEL
Case No.: 2:25-cv-01836-JAD-NJK